**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Guillermo Antonio PACHECO IRGUAY
Plaintiff,
v.
Case No.: 1:26−cv−04792
Honorable Manish S. Shah
Markwayne Mullin, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 3, 2026:

MINUTE entry before the Honorable Manish S. Shah: Plaintiff does not oppose dismissal. See [16]. The motion to dismiss [12] is granted. The court agrees that plaintiff's claims based on an expedited−removal order are moot (plaintiff is no longer subject to an expedited−removal order), and his claims based on enforcing TPS−status are not reviewable by this court in the current posture. The case is dismissed without prejudice for lack of jurisdiction. Enter judgment and terminate civil case. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.